M. Jeffery Kallis, SBN 190028
**THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644
M_J_Kallis@Kallislaw.org

Andrew V. Stearns, SBN 164849
Ignascio G. Camarena II, SBN 220582
Steven M. Berki, SBN 245426
**BUSTAMANTE, O'HARA & GAGLIASSO, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, California 95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
astearns@loboinc.com
icamarena@loboinc.com
sberki@loboinc.com

*E-FILED - 3/5/09*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| RUSSELL COLE, et al., | Case No. C-08-05017 PXXIX RMW |
| Plaintiffs, | |
| vs. | MOTION FOR ORDER GRANTING LEAVE TO PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT BASED STIPULATION OF PARTIES |
| CITY OF SUNNYVALE, et al., | |
| Defendants. | Complaint Filed: November 4, 2008 |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the undersigned hereby consent and stipulate to an order granting plaintiffs leave to file a Second Amended Complaint, a true and correct copy of which is attached hereto. Each of the defendants shall have 20 days from when the Court signs this order to respond to the Second Amended Complaint.

Pursuant to Civil L.R. 6-1, 7-12, and 15, this grant of additional time to respond to

the Second Amended Complaint shall not alter any current Court deadlines or dates.

SO STIPULATED AND CONSENTED.

DATED: 02/09/09    **THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**

By: _____/S/_____
M. JEFFERY KALLIS, Attorneys for Plaintiffs

**BUSTAMANTE, O'HARA & GAGLIASSO, PC**

By: _____/S/ Andrew V. Stearns_____
ANDREW V. STEARNS
IGNASCIO G. CAMARENA II
STEVEN M. BERKI, Attorneys for Plaintiffs

DATED: 02/03/09    BERTRAND, FOX & ELLIOT

By: _____/S/_____
GEORGE M. FOX, attorneys for Defendants

SO ORDERED, PURSUANT TO STIPULATION OF THE PARTIES.

DATED: 3/5/09    _____Ronald M. Whyte_____
United States District Court, Judge
Northern District of California