1  Gregory M. Fox, State Bar No. 070876
Dana L. Soong, State Bar No. 168160
2  BERTRAND, FOX & ELLIOT
The Waterfront Building
3  2749 Hyde Street
San Francisco, California 94109
4  Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990          ***E-FILED - 3/17/09***
5
Attorneys for Defendants CITY OF SUNNYVALE,
6  CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE,
LIEUTENANT TRACY HERN, OFFICER SCOTT CORTESE,
7  And CAPTAIN KELLY FITZGERALD

8                   UNITED STATE DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  RUSSELL COLE and STEPHANIE OBERG,     Case No.:  C08-05017 RMW

12           Plaintiffs,                  **STIPULATION AND [] ORDER
              vs.                          CONTINUING CASE MANAGEMENT
13                                         CONFERENCE**
SUNNYVALE, CHIEF DON JOHNSON,
14  OFFICER STEVEN ROCHEVILLE,
LIEUTENANT TRACY HERN, OFFICER
15  SCOTT CORTESE, and CAPTAIN KELLY
FITZGERALD,
16
           Defendants.
17

18       The parties, acting by and through their respective legal counsel, herein stipulate for an Order

19  continuing the initial Case Management Conference presently set for March 20, 2009 to Friday June

20  26, at 10:30 a.m. in Courtroom 6, 4th Floor of the U.S. District Courthouse located at 280 S. 1st St.,

21  Rm. 2112, San Jose, California.   At that same date and time the Defendants will move the Court to

22  dismiss the Second Amended Complaint for failure to state a claim for relief per Federal Rule of

23  Civil Procedure 12(b)(6).

24       Good cause exists to move the Case Management Conference for the following reasons.  The

25  plaintiffs initially represented themselves and filed a complaint in the United States District Court on

26  November 8, 2008.   The defendants filed a motion to dismiss scheduled for a hearing on January 23,

27  2009.    Plaintiffs pro se filed an opposition and lodged a proposed first amended complaint.

28  Plaintiffs' pro se then notified defense counsel they were going to retain legal counsel.  Defense

1

STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1   counsel agreed to take the motion to dismiss off calendar pending retention of new legal counsel and

2   the filing of a new complaint prepared by new legal counsel and also notified the Court by letter of

3   these developments.  The Court on March 5, 2009 filed its order permitting substitution of new legal

4   counsel for plaintiffs who had been representing themselves.  Also on March 5, 2009 the Court

5   ordered the filing of the second amended complaint which had been prepared by the new plaintiffs'

6   attorneys. Counsel for the defense have reviewed the second amended complaint.  Defense counsel

7   have decided to again file a motion to dismiss. Defense counsel met and conferred with new

8   plaintiffs' counsel on both the scheduling of the Case Management Conference and motion to dismiss

9   and it was agreed the parties would request an Order from the Court continuing the Case

10  Management Conference to a mutually convenient date and at the same time schedule for that same

11  date a hearing on the motion to dismiss.   Plaintiffs' new counsel will be unavailable for three months

12  for either a hearing or a Case Management Conference because he is scheduled for a jury trial

13  commencing April 30, 2009 before the Hon. James Ware in the case of Darla and Joseph Padgett v.

14  City of Monte Sereno, CV0403946 JW, and it is scheduled to end on June 19th.   The parties also

15  request that all disclosures and discussion of ADR options be continued to reflect the new Case

16  Management Conference date of June 26, 2009.  Additional time will allow the parties to meet and

17  confer on the second amended complaint and the preparation of a joint status conference statement.

18  The parties have also begun discussing Alternative Dispute Resolution (ADR) options.   For all of

19  these reasons the parties stipulate to a continuance of the case management conference.

20          So Stipulated:

21

22  Dated: March 11, 2009                         BERTRAND, FOX & ELLIOT

23

24                                          By:  _____/s/_____
                                                 Gregory M. Fox
25                                               Dana Soong
                                                 Attorneys for Defendants City of Sunnyvale,
26                                               Chief Don Johnson, Officer Steven Rocheville,
                                                 Lieutenant Tracy Hern, Officer Scott Cortese, and
27                                               Captain Kelly Fitzgerald

28

STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1

2    Dated:  March 11, 2009                    KALLIS & ASSOCIATES P.C.

3

4                                        By:  _____/s/_____
                                              Jeffrey Kallis
5                                             Attorneys for Plaintiffs
                                              Russell Cole and Stephanie Oberg
6

7    Dated:  March 11, 2009                    BUSTAMANTE O'HARA & GAGLIASSO

8

9                                        By:  _____/s/_____
                                              Andrew Stearns
10                                            Attorneys for Plaintiffs
                                              Russell Cole and Stephanie Oberg
11

12                              ATTORNEY ATTESTATION

13          I hereby attest that I have on file all holograph signatures for any signatures indicated by a

14   "conformed" signature (/s/) within this E-filed document.

15

16   Dated: March 12, 2009                    _____/s/_____
                                              GREGORY M. FOX
17                                            ORDER

18          The Case Management Conference in the above entitled case shall be continued from March

19   20, 2009 to ____June 26____, 2009.  Counsel shall submit an updated joint statement one week prior.

20   All other dates continued to reflect the new Case Management Conference date.

21          IT IS SO ORDERED.

22

23

24   Dated: ___3/17/09_____            _____
                                              UNITED STATES DISTRICT JUDGE
25

26

27

28

                                        3
     STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE