1  Gregory M. Fox, State Bar No. 070876
   Dana L. Soong, State Bar No. 168160
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone:   (415) 353-0999
   Facsimile:   (415) 353-0990
5
   Attorneys for Defendants CITY OF SUNNYVALE,           ***E-FILED - 6/23/09***
6  CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE,
   LIEUTENANT TRACY HERN, OFFICER SCOTT CORTESE,
7  And CAPTAIN KELLY FITZGERALD

8                       UNITED STATE DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 | RUSSELL COLE and STEPHANIE OBERG,     | Case No.: C08-05017 RMW

12 |         Plaintiffs,                   | **STIPULATION and [] ORDER
                vs.                       | TO CONTINUE HEARING DATE FOR
13 |                                       | DEFENDANTS' MOTION TO DISMISS and
   | SUNNYVALE, CHIEF DON JOHNSON,         | CASE MANAGEMENT CONFERENCE**
14 | OFFICER STEVEN ROCHEVILLE,
   | LIEUTENANT TRACY HERN, OFFICER
15 | SCOTT CORTESE, and CAPTAIN KELLY
   | FITZGERALD,
16 |
   |         Defendants.
17

18      IT IS HEREBY STIPULATED by and between the parties to this action through their

19 designated counsel that both the hearing date for defendants CITY OF SUNNYVALE, CHIEF DON

20 JOHNSON, OFFICER STEVEN ROCHEVILLE, LIEUTENANT TRACY HERN, OFFICER

21 SCOTT CORTESE, And CAPTAIN KELLY FITZGERALD's motion to dismiss the complaint of

22 plaintiffs RUSSELL COLE and STTEPHANIE OBERG, and the Case Management Conference

23 currently set for June 26, 2009 and related Rule 26/ADR matters, be continued to **July 10, 2009**.

24 Good cause exists for this continuance based on defense counsel Gregory Fox's preparation for and

25 attendance at a jury trial before the Alameda Superior Court in *David Pine v. City of Fremont and*

26 *Robert Wheeler, Case No. HG0836308* which commenced May 26, 2009 before the Honorable

27 Lawrence Appel in Department 16 and is scheduled to continue though the week of June 15th, 2009.

28

1  Mr. Fox represents the defendants.   Plaintiffs' counsel has no objection to accommodating Mr.
2  Fox's schedule.
3          So stipulated.

4  Dated: June 1, 2009                           /s/
5                                       Jeffery Kallis, Counsel for Plaintiffs

7  Dated: June 1, 2009                           /s/
                                        Andrew Stearns, Counsel for Plaintiffs

10 Dated: June 1, 2009                           /s/
                                        Gregory M. Fox
                                        Counsel for Defendants

### **ORDER**

PURSUANT TO STIPULATION,

   IT IS ORDERED that the hearing date for defendants' motion to dismiss the complaint of plaintiffs RUSSELL COLE and STEPHANIE OBERG, and the Case Management Conference and related Rule 26/ADR matters currently set for June 26, 2009, be continued to **July10, 2009 beginning at 9:00 a.m.**

Dated: __6/23_____, 2009       _Ronald M. Whyte_____
                                Ronald M. Whyte
                                United States District Judge

ATTORNEY ATTESTATION

   *I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.*

*Dated: June 1, 2009*

                           By:_____/s/_____
                                   Gregory M. Fox

2