Gregory M. Fox, State Bar No. 070876
Dana L. Soong, State Bar No. 168160
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Attorneys for Defendants CITY OF SUNNYVALE,
CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE,
LIEUTENANT TRACY HERN, OFFICER SCOTT CORTESE,
And CAPTAIN KELLY FITZGERALD

*E-FILED - 12/9/09*

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL COLE and STEPHANIE OBERG,<br><br>Plaintiffs,<br>vs.<br><br>SUNNYVALE, CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE, LIEUTENANT TRACY HERN, OFFICER SCOTT CORTESE, and CAPTAIN KELLY FITZGERALD,<br><br>Defendants. | Case No.: C08-05017 RMW<br><br>**STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties, acting by and through their respective legal counsel, herein stipulate for an Order continuing the initial Case Management Conference presently set for Friday, December 11, 2009 to Friday, March5, 2010 at 10:30 a.m. in Courtroom 6, 4th Floor of the U.S. District Courthouse located at 280 S. 1st St., Rm. 2112, San Jose, California. Good cause exists to move the Case Management Conference for the following reasons.

The initial Case Management Conference was held on Friday July 17, 2009 and the Court ordered the parties to attend a settlement conference prior to the further case management conference. The case was referred to Magistrate Judge Richard Seeborg for a settlement conference. The first mutually convenient date for all parties and Judge Seeborg was December 1, 2009. On November 23, 2009 the parties were notified by Judge Seeborg that the settlement conference would have to be continued and the next available date now scheduled for the settlement conference is Friday, January

29, 2010.

Following the initial Case Management Conference the defendants filed their Motion to Dismiss the Third Amended Complaint and the hearing and oral argument on that motion was held on November 6, 2009, at which time the Court took the motion under submission to consider further the tentative ruling on the First Amendment issue. To date there has been no order and thus there is no answer on file, so the case is not yet at-issue.

The parties stipulate and respectfully suggest that the Court continue the Case Management Conference to March 5, 2010, to allow completion of the January 29, 2010 settlement conference and time for the Court to rule on the Motion to Dismiss the Third Amended Complaint so the case may be at issue. A joint Case Management Statement to be filed on or before February 26, 2010.

So Stipulated:

Dated: December 4, 2009          BERTRAND, FOX & ELLIOT

By: _____/s/_____
Gregory M. Fox
Dana Soong
Attorneys for Defendants City of Sunnyvale,
Chief Don Johnson, Officer Steven Rocheville,
Lieutenant Tracy Hern, Officer Scott Cortese, and
Captain Kelly Fitzgerald

Dated: December 4, 2009          KALLIS & ASSOCIATES P.C.

By: _____/s/_____
Jeffrey Kallis
Attorneys for Plaintiffs
Russell Cole and Stephanie Oberg

Dated: December 4, 2009          BUSTAMANTE O'HARA & GAGLIASSO

By: _____/s/_____
Andrew V. Stearns
Ignacio G. Camarena II
Steven M. Berki
Attorneys for Plaintiffs
Russell Cole and Stephanie Oberg

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: December 4, 2009           /s/
                                  Gregory M. Fox

ORDER

The Case Management Conference in the above entitled case shall be continued from December 11, 2009 to March 5, 2010. Counsel shall submit an updated joint statement one week prior.

IT IS SO ORDERED.

Dated: 12/9/09                    *Ronald M. Whyte*
                                  UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE