M. Jeffery Kallis, SBN 190028
THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.
333 W. San Carlos St., 8th Floor
San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644
M_J_Kallis@Kallislaw.org

Andrew V. Stearns, SBN 164849
Steven M. Berki, SBN 245426
BUSTAMANTE, O'HARA & GAGLIASSO, P.C.
333 W. San Carlos St., 8th Floor
San Jose, California 95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
astearns@boglawyers.com
sberki@boglawyers.com

Attorneys for Plaintiffs
Russell Cole and Stephanie Oberg

*E-FILED - 2/2/10*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUSSELL COLE, an individual;<br><br>STEPHANIE OBERG, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF SUNNYVALE, et al.,<br><br>    Defendants. | Case No. C-08-05017 RMW (PVT)<br><br>STIPULATION CONCERNING REQUEST FOR REFERREL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE PURPOSES. [ADR Local Rule 7]. **AND ORDER**<br><br>Date: January 26, 2010<br>Division: San Jose Division<br>Dept.: 6, Fourth Floor<br>Judge: Hon. Ronald Whyte |

//

-1-

1     WHEREAS, the Court filed its *Clerk's Notice* on January 12, 2010 thereby vacating

2 the settlement conference previously scheduled for January 29, 2010 due to the

3 confirmation of Judge Richard Seeborg as District Judge of the United States District Court

4 for the Northern District of California.

5     WHEREAS, the parties have been instructed to request a referral by the presiding

6 judge to a different magistrate judge for settlement purpose.

7     WHEREAS, all parties reside within the County of Santa Clara making the United

8 States District Court for the Northern District of California, San Jose Division the proper

9 forum.

10     WHEREAS, the original Complaint and all subsequent pleadings were filed with the

11 San Jose Division of the above-referenced Court.

12     WHEREAS, all material witnesses reside in the County of Santa Clara; all pertinent

13 facts and circumstances arose within the County of Santa Clara; and all previous

14 appearances took place at the Northern District Court of California, San Jose Division.

15     WHEREAS, the assigned presiding judge is the Honorable Ronald M. Whyte and the

16 referred discovery judge is the Honorable Patricia V. Trumbull.

17     //

NOW THEREFORE, the parties hereby agree and stipulate to the referral to a magistrate judge within the San Jose Division of the above-referenced Court for settlement conference purposes.

The parties agree to provide settlement conference dates upon referral by the presiding judge.

Dated: January 26, 2010

BUSTAMANTE O'HARA & GAGLIASSO

By _____
Andrew V. Stearns, Esq.
Steven M. Berki, Esq.
Attorneys for Plaintiffs
RUSSELL COLE and STEPHANIE OBERG

Dated: January 26, 2010

KALLIS & ASSOCIATES

By _____
M. Jeffery Kallis, Esq.
Attorneys for Plaintiffs
RUSSELL COLE and STEPHANIE OBERG

Dated: January 26, 2010

BERTRAND FOX & ELLIOT

By _____
Gregory M. Fox, Esq.
Martine D'Agostino
Attorneys for Defendants
CITY OF SUNNYVALE, ET AL.

-3-

## GENERAL ORDER 45(X)(B) STATEMENT

Pursuant to General Order No. 45(X)(b), I hereby attest that concurrence in this filing of this document has been obtained from Counsel Defendants CITY OF SUNNYVALE, POLICE CHIEF DON JOHNSON, POLICE OFFICER STEVEN ROCHEVILLE, POLICE LIETENANT TRACY HERN, POLICE OFFICER SCOTT CORTESE and POLICE CAPTAIN KELLY FITZGERALD.

By _____
Andrew V. Stearns, Esq.

-4-

| XXXXXXXXX | **ORDER**

The Court, having considered the parties' Stipulation and finding good cause therefore, hereby orders:

1. The Parties are hereby referred to [Magistrate Judge Patricia V. Trumbull] or [Magistrate Judge Howard R. Lloyd] of the Northern District Court of California, San Jose Division, for settlement conference purposes.

2. The Parties are hereby ordered to schedule a settlement conference date with the assigned Magistrate Judge as soon as possible

IT IS SO ORDERED.

Dated: 2/2/10

By *Ronald M. Whyte*
United States District Court Judge

*The parties are hereby referred to Magistrate Trumbull for a settlement conference. The parties are directed to contact chambers for an available date.

-5-

STIPULATION OF THE PARTIES CONCERNING REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE PURPOSES
Case No. C-08-05017 RMW (PVT)