Gregory M. Fox, State Bar No. 070876
Dana L. Soong, State Bar No. 168160
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:      (415) 353-0990

*E-FILED - 6/23/10*

Attorneys for Defendants CITY OF SUNNYVALE,
CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE,
LIEUTENANT TRACY HERN, OFFICER SCOTT CORTESE,
And CAPTAIN KELLY FITZGERALD

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL COLE and STEPHANIE OBERG,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>SUNNYVALE, CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE, LIEUTENANT TRACY HERN, OFFICER SCOTT CORTESE, and CAPTAIN KELLY FITZGERALD,<br><br>　　　　Defendants. | Case No.:  C08-05017 RMW<br><br>**STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　The parties, acting by and through their respective legal counsel, herein stipulate for an Order continuing the Case Management Conference presently set for Friday, July 23, 2010 to Friday. August 27, 2010 at 10:30 a.m. in Courtroom 6, 4th Floor of the U.S. District Courthouse located at 280 S. 1st St., Rm. 2112, San Jose, California. Good cause exists to move the Case Management Conference for the following reasons.

　　　Defense counsel Gregory M. Fox is scheduled to depart on a prearranged vacation on that date.

　　　Counsel have met and conferred on the August 27, 2010 date and the Court has also indicated that this date is available for the Honorable Ronald M. Whyte.

///

///

So Stipulated:

Dated: June 9, 2010                    BERTRAND, FOX & ELLIOT

             By: _____/s/_____
               Gregory M. Fox
               Dana Soong
               Attorneys for Defendants City of Sunnyvale,
               Chief Don Johnson, Officer Steven Rocheville,
               Lieutenant Tracy Hern, Officer Scott Cortese, and
               Captain Kelly Fitzgerald

Dated:  June 10, 2010                   KALLIS & ASSOCIATES P.C.

             By: _____/s/_____
               Jeffrey Kallis
               Attorneys for Plaintiffs
               Russell Cole and Stephanie Oberg

Dated:  June 10, 2010                   BUSTAMANTE O'HARA & GAGLIASSO

             By: _____/s/_____
               Andrew V. Stearns
               Ignacio G. Camarena II
               Steven M. Berki
               Attorneys for Plaintiffs
               Russell Cole and Stephanie Oberg

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: June 10, 2010                           _____/s/_____
                 Gregory M. Fox

1 **ORDER**

2  The Case Management Conference in the above entitled case shall be continued from July 23,
3 2010 to August 27, 2010.  Counsel shall submit an updated joint statement one week prior.
4  IT IS SO ORDERED.

5 Dated: 6/23/10

6 *Ronald M. Whyte*
 UNITED STATES DISTRICT COURT JUDGE

3

STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE