Gregory M. Fox, State Bar No. 070876
Dana L. Soong, State Bar No. 168160
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

*E-FILED - 1/19/11*

Attorneys for Defendants CITY OF SUNNYVALE,
CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE,
LIEUTENANT TRACY HERN and OFFICER SCOTT CORTESE

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL COLE and STEPHANIE OBERG,<br><br>        Plaintiffs,<br>    vs.<br><br>SUNNYVALE, CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE, LIEUTENANT TRACY HERN, OFFICER SCOTT CORTESE, and CAPTAIN KELLY FITZGERALD,<br><br>        Defendants. | Case No.:  C08-05017 RMW<br><br>**STIPULATION AND [] ORDER CONTINUING HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

At the August 27, 2010 Case Management Conference, the Court set a hearing date for a Motion for Summary Judgment. The parties, acting by and through their respective legal counsel, herein stipulate for an Order continuing the hearing date for said motion presently set for Friday, March 11, 2011 to Friday April 29, 2011 at 9:00 a.m. in Courtroom 6, 4th Floor of the U.S. District Courthouse located at 280 S. 1st St., Rm. 2112, San Jose, California. Good cause exists to move the hearing date for the following reasons.

The parties have been cooperating on discovery and exchanged substantial documents including all police reports involving Welfare and Institutions Section 5150 incidents for a specified period of time.   The parties submitted a Stipulation for a Protective Order to the Court but have not received back a signed Order.  The parties have been notified that a new Magistrate Judge has been assigned to this case and will follow-up with the new Magistrate Judge on the status of the Protective

1  Order.   Receipt of that Protective Order  is necessary so that counsel for the defense may produce
2  certain privileged police personnel files to plaintiffs' counsel and said production must occur before
3  the defendant officers are deposed.    Both plaintiffs have been deposed in December 2010.  Counsel
4  for all parties have presently scheduled depositions of defendant police officers set for the latter part
5  of January.  However counsel for the defense has been ordered to start a three week jury trial January
6  4, 2011 in  Alameda County Superior Court before the Hon. Judge Hunter in Department 520
7  [*Allstate v. City of Fremont, Consolidated Case No.:  FG07359350]*.   This trial may require a
8  rescheduling of the depositions of the defendant officers until the first part of February.  Counsel for
9  the defense was also involved in a jury trial from October 1 until November 3, 2010 in Alameda
10 County Superior Court, Department 607,  Fremont, California  (*Dunn v. City of Fremont,* Case No.
11 RG08415820).  This trial also delayed discovery in the above captioned matter.
12       Parties will need sufficient time to obtain reported transcripts after the depositions.  The
13 current deadline for e-filing of the Motion for Summary Judgment is February 4, 2011.
14       Counsel have met and conferred on a continued hearing date for the Motion for Summary
15 Judgment on Friday April 29th, 2011, and the Court has also indicated that this date is available for the
16 Honorable Ronald M. Whyte.
17
18       So Stipulated:
19
20 Dated: December 3, 2011             BERTRAND, FOX & ELLIOT
21
22                                    By: _____/s/_____
                                          Gregory M. Fox
23                                        Attorneys for Defendants City of Sunnyvale,
                                          Chief Don Johnson, Officer Steven Rocheville,
24                                        Lieutenant Tracy Hern, Officer Scott Cortese, and
                                          Captain Kelly Fitzgerald
25
26
27
28

1  Dated: Jan. 11 , 2011            KALLIS & ASSOCIATES P.C.

2
                                    By: _____
3                                        Jeffrey Kallis
                                         Attorneys for Plaintiffs
4                                        Russell Cole and Stephanie Oberg

5  Dated  Jan. 11, 2011             BUSTAMANTE O'HARA & GAGLIASSO
6
7                                   By:  _____/s/_____
                                         Andrew V. Stearns
8                                        Steven M. Berki
                                         Attorneys for Plaintiffs
9                                        Russell Cole and Stephanie Oberg

10                            ATTORNEY ATTESTATION

11     I hereby attest that I have on file all holograph signatures for any signatures indicated by a
12 "conformed" signature (/s/) within this E-filed document.

13
14
   Dated: January 11, 2011                      _____/s/_____
15                                                    Gregory M. Fox

---

3

STIPULATION AND [] ORDER CONTINUING HEARING DATE OF
MOTION FOR SUMMARY JUDGMENT

1
2
3
4
5
6
7
...
28

**ORDER**

The hearing date for defendants' Motion for Summary Judgment in the above entitled case shall be continued from March 11, 2011 to April 29, 2011.

IT IS SO ORDERED.

Dated: 1/19/11

*Ronald M. Whyte*

UNITED STATES DISTRICT COURT JUDGE