M. Jeffery Kallis, SBN 190028
**THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644

Andrew V. Stearns, SBN 164849
Steven M. Berki, SBN 245426
Guarav D. Sharma SBN 269123
**BUSTAMANTE, O'HARA & GAGLIASSO, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746

*E-FILED - 2/9/11*

Attorneys for Plaintiffs
RUSSELL COLE and
STEPHANIE OBERG

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL COLE and STEPHANIE OBERG,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>CITY OF SUNNYVALE, CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE, LIEUTENANT TRACY HERN, OFFICER SCOTT CORTESE, and CAPTAIN KELLY FITZGERALD,<br><br>　　　　　Defendants. | Case No.: C08-05017 RMW<br><br>*AMENDED* **STIPULATION AND [**]xxxxxxxxxx **ORDER CONTINUING HEARING DATE FOR PARTIES' MOTIONS FOR SUMMARY JUDGMENT** [ECF Docket No. 101] |

At the August 27, 2010 Case Management Conference, the Court set a hearing date for all parties' Motions for Summary Judgment. The parties, acting by and through their respective legal counsel, herein stipulate for an Order continuing the hearing date for said motion presently set for Friday, March 11, 2011 to Friday April 15, 2011 at 9:00 a.m. in Courtroom 6, 4th Floor of the U.S. District Courthouse located at 280 S. 1st St., Rm. 2112, San Jose, California. Good cause exists to move the hearing date for the following reasons.  This *amended* Stipulation is necessary since the prior submission [ECF Docket No. 101] did not account for plaintiffs' request for a continuance of their Motion for Summary Judgment, a Stipulation agreed to by all

1 parties.

2 The parties have been cooperating on discovery and exchanged substantial documents including all police reports involving Welfare and Institutions Section 5150 incidents for a specified period of time. The parties submitted a Stipulation for a Protective Order to the Court but have not received back a signed Order. The parties have been notified that a new Magistrate Judge has been assigned to this case and will follow-up with the new Magistrate Judge on the status of the Protective Order.

8 Receipt of that Protective Order is necessary so that counsel for the defense may produce certain privileged police personnel files to plaintiffs' counsel and said production must occur before the defendant officers are deposed. Both plaintiffs have been deposed in December 2010. Counsel for all parties have presently scheduled depositions of defendant police officers set for the latter part of January. However counsel for the defense has been ordered to start a three week jury trial January 4, 2011 in Alameda County Superior Court before the Hon. Judge Hunter in Department 520 [*Allstate v. City of Fremont, Consolidated Case No.: FG07359350*]. This trial may require a rescheduling of the depositions of the defendant officers until the first part of February. Counsel for the defense was also involved in a jury trial from October 1 until November 3, 2010 in Alameda County Superior Court, Department 607, Fremont, California (*Dunn v. City of Fremont,* Case No. RG08415820). This trial also delayed discovery in the above captioned matter.

20 Parties will need sufficient time to obtain reported transcripts after the depositions. The current deadline for efiling of the Motion for Summary Judgment is February 4, 2011.

22 Counsel met and conferred on a continued hearing date for all parties to submit Motions for Summary Judgment on Friday April 15th and the Court has also indicated that this date is available for the Honorable Ronald M. Whyte.

25 On January 19, 2011, the Court signed the proposed Order which mistakenly did not specifically encompass plaintiffs' intended Motion for Summary Judgment. [ECF Docket No. 101]. Further, for judicial economy and for purposes of coordinating all parties' schedules, the parties request the Court continue the Case Management Conference currently set for March

1  11, 2011 until April 29, 2011, the proposed hearing date for both parties' Motions for Summary
2  Judgment.  Accordingly, the parties submit this *amended* version to account for plaintiffs'
3  intended Motion and to document the parties' request for continuance of the March CMC.  In all
4  other respects, this Stipulation and Order is unchanged from the version previously filed on
5  January 12, 2011.  [ECF Docket No. 100].

So Stipulated:

Dated: February 1, 2011            KALLIS & ASSOCIATES P.C.

                                   By:  /s/
                                        M. Jeffrey Kallis
                                        Attorneys for Plaintiffs
                                        Russell Cole and Stephanie Oberg

Dated: February 1, 2011            BUSTAMANTE O'HARA & GAGLIASSO

                                   By:  /s/
                                        Andrew V. Stearns
                                        Steven M. Berki
                                        Attorneys for Plaintiffs
                                        Russell Cole and Stephanie Oberg

Dated: February 1, 2011            BERTRAND, FOX & ELLIOT

                                   By:  /s/
                                        Gregory M. Fox
                                        Attorneys for Defendants City of Sunnyvale,
                                        Chief Don Johnson, Officer Steven Rocheville,
                                        Lieutenant Tracy Hern, Officer Scott Cortese, and
                                        Captain Kelly Fitzgerald

*AMENDED* STIPULATION AND [xxxxxxx] ORDER CONTINUING HEARING DATE
FOR PARTIES' MOTIONS FOR SUMMARY JUDGMENT

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: February 1, 2011              /s/
                                    Andrew V. Stearns

1 **ORDER**

2   The hearing date for the parties' Motion for Summary Judgment and the Case
3 Management Conference in the above entitled case shall be continued from March 11, 2011 to
4 April 29, 2011.

5   IT IS SO ORDERED.

6
7 Dated:  2/9/11                                   /s/ Ronald M. Whyte

            UNITED STATES DISTRICT COURT JUDGE

*AMENDED* STIPULATION AND [ xxxxxxx ] ORDER CONTINUING HEARING DATE
FOR PARTIES' MOTIONS FOR SUMMARY JUDGMENT