M. Jeffery Kallis, SBN 190028
**THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644

Andrew V. Stearns, SBN 164849
Steven M. Berki, SBN 245426
Guarav D. Sharma SBN 269123
**BUSTAMANTE, O'HARA & GAGLIASSO, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, California 95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746

Attorneys for Plaintiffs
RUSSELL COLE and
STEPHANIE OBERG

*E-FILED - 3/28/11*

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL COLE and STEPHANIE OBERG,<br><br>        Plaintiffs,<br>vs.<br><br>CITY OF SUNNYVALE, CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE, LIEUTENANT TRACY HERN, OFFICER SCOTT CORTESE, and CAPTAIN KELLY FITZGERALD,<br><br>        Defendants. | Case No.: C08-05017 RMW<br><br>***SECOND AMENDED* STIPULATION AND [xxxxxxxxxx] ORDER CONTINUING HEARING DATE FOR PARTIES' MOTIONS FOR SUMMARY JUDGMENT.**<br><br>[ECF Docket No. 101, 105]. |

IT IS HEREBY STIPULATED AND AGREED TO BY ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS, by Order dated February 9, 2011 the Court granted the Parties' Amended Stipulation and Order Continuing Hearing Date for Parties' Motions for Summary Judgment from March 11, 2011 to April 29, 2011. The parties are also set for a case management conference on April 29, 2011. [ECF Docket No. 101, 105].

1

WHEREAS, the parties' respective deadlines for filing Motions for Summary Judgment is currently March 25, 2011. [ECF Docket No. 101, 105].

WHEREAS, the Parties have actively engaged in discovery, including, but not limited to, completing depositions of plaintiffs and several depositions of individual defendants.

WHEREAS, based on the unavailability of Counsel and/or defendant officers, the parties have been forced to split deposition sessions of named officers amongst several days. The depositions of Officer Steven Rocheville and Lieutenant Tracy Hern were conducted over several days. The deposition of Officer Scott Cortese was stipulated to be moved by the parties from March 11, 2011 to March 31, 2011 due to a previously-undisclosed vacation conflict.

WHEREAS, based on the information provided through depositions of Officer Steven Rocheville and Lieutenant Tracy Hern, several additional depositions of witnesses related to this action are necessary and have yet to be conducted.

WHEREAS, the parties were diligent in scheduling the dates for deposition and based on unforeseeable events were unable to conclude all depositions.

WHEREAS, the parties will need sufficient time to obtain reporters transcripts after the depositions. The parties have scheduled the remaining depositions for March 31, 2011, April 4, 2011 and April 6, 2011. The current deadline for efiling of the Motion for Summary Judgment is March 25, 2011.

WHEREAS, Counsel met and conferred on a continued hearing date for all parties to submit Motions for Summary Judgment and to continue the case management conference set for the same day and agreed to June 17, 2011. The Court has also indicated that this date is available for the Honorable Ronald M. Whyte.

NOW THEREFORE, the parties hereby agree and stipulate that the parties' hearing date for their respective Motions for Summary Judgment is continued from April 29, 2011 to June 17, 2011. All deadlines for briefing shall be continued and calendared based on the new hearing date of June 17, 2011.

So Stipulated:

Dated: March 22, 2011					KALLIS & ASSOCIATES P.C.


							By: _____/s/_____
							    M. Jeffrey Kallis
							    Attorneys for Plaintiffs
							    Russell Cole and Stephanie Oberg


Dated: March 22, 2011					BUSTAMANTE O'HARA & GAGLIASSO


							By: _____/s/_____
							    Andrew V. Stearns
							    Steven M. Berki
							    Attorneys for Plaintiffs
							    Russell Cole and Stephanie Oberg


Dated: March 22, 2011					BERTRAND, FOX & ELLIOT


							By: _____/s/_____
							    Gregory M. Fox
							    Attorneys for Defendants City of Sunnyvale,
							    Chief Don Johnson, Officer Steven Rocheville,
							    Lieutenant Tracy Hern, Officer Scott Cortese, and
							    Captain Kelly Fitzgerald




ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.


Dated: March 22, 2011					_____/s/_____
							    Andrew V. Stearns


3

SECOND AMENDED STIPULATION AND [ XXXXXXX ] ORDER CONTINUING HEARING DATE
FOR PARTIES' MOTIONS FOR SUMMARY JUDGMENT

Case No.: C-08-05017-RMW

### ORDER

The hearing date for the parties' Motions for Summary Judgment and the Case Management Conference in the above entitled case shall be continued from April 29, 2011 to June 17, 2011. All deadlines for briefing shall be continued and calendared based on the new hearing date of June 17, 2011. *

IT IS SO ORDERED.

Dated: 3/28/11

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

*The Court also resets the Case Management Conference for June 17, 2011 at 10:30 a.m.