Gregory M. Fox, State Bar No. 070876
Dana L. Soong, State Bar No. 168160
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants CITY OF SUNNYVALE,
CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE,
LIEUTENANT TRACY HERN and OFFICER SCOTT CORTESE
And CAPTAIN KELLY FITZGERALD

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL COLE and STEPHANIE OBERG,<br><br>      Plaintiffs,<br>vs.<br><br>SUNNYVALE, CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE, LIEUTENANT TRACY HERN, OFFICER SCOTT CORTESE, and CAPTAIN KELLY FITZGERALD,<br><br>      Defendants. | Case No.: C08-05017 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR ALL PARTIES  CROSS  MOTIONS FOR SUMMARY JUDGMENT   AND CASE MANAGEMENT CONFERENCE** |

The parties, acting by and through their respective legal counsel, herein stipulate for an Order continuing the hearing date for their respective Cross Motions for Summary Judgment presently set for Friday, June 17, 2011 to Friday July 8, 2011 at 9:00 a.m. in Courtroom 6, 4th Floor of the U.S. District Courthouse located at 280 S. 1st St., Rm. 2112, San Jose, California. Good cause exists to move the hearing date for the following reasons.

Defendants' counsel Gregory M. Fox is presently scheduled to attend the wedding of his sister which is occurring Friday June 17, 2011 and Saturday June 18, 2011.  He and his entire family are leaving San Francisco by an air flight at approximately ten am Friday June 17, 2011 and are unable to arrange alternative transportation at a later time.  Plaintiffs' counsels have graciously agreed to this personal family matter relating to Mr. Fox and his family as good cause for the continuance.

Counsel have met and conferred on the continued dates and the Court has also indicated that

1  this date is available for the Honorable Ronald M. Whyte.  The briefing schedule to remain as
2  originally set by applicable law with all Reply briefs due by June 3, 2011.
3      So Stipulated:
4  Dated: May 31, 2011                    BERTRAND, FOX & ELLIOT

By:      /s/
Gregory M. Fox
Attorneys for Defendants City of Sunnyvale,
Chief Don Johnson, Officer Steven Rocheville,
Lieutenant Tracy Hern, Officer Scott Cortese, and
Captain Kelly Fitzgerald

Dated:  May 31 , 2011                KALLIS & ASSOCIATES P.C.

By:      /s/
Jeffrey Kallis
Attorneys for Plaintiffs
Russell Cole and Stephanie Oberg

Dated:  May 31, 2011                BUSTAMANTE O'HARA & GAGLIASSO

By:      /s/
Andrew V.  Stearns
Steven M. Berki
Attorneys for Plaintiffs
Russell Cole and Stephanie Oberg

ATTORNEY ATTESTATION

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: May _31, 2011                    /s/
Gregory M. Fox

**ORDER**

The hearing date for plaintiffs'/defendants' Motions for Summary Judgment in the above entitled case shall be continued from June 17, 2011 to July 8, 2011 beginning at 9:00 a.m. and the Case Management Conference is continued from June 17, 2011 to July 8, 2011 beginning at 10:30 a.m.

IT IS SO ORDERED.

Dated: _____

UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE OF
MOTIONS FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE