Gregory M. Fox, State Bar No. 070876
Dana L. Soong, State Bar No. 168160
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:      (415) 353-0990

*E-FILED - 6/7/11*

Attorneys for Defendants CITY OF SUNNYVALE,
CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE,
LIEUTENANT TRACY HERN and OFFICER SCOTT CORTESE
And CAPTAIN KELLY FITZGERALD

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL COLE and STEPHANIE OBERG,<br><br>        Plaintiffs,<br>    vs.<br><br>SUNNYVALE, CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE, LIEUTENANT TRACY HERN, OFFICER SCOTT CORTESE, and CAPTAIN KELLY FITZGERALD,<br><br>        Defendants. | Case No.: C08-05017 RMW<br><br>**STIPULATION AND [] ORDER CONTINUING HEARING DATE FOR ALL PARTIES CROSS MOTIONS FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE** |

The parties, acting by and through their respective legal counsel, herein stipulate for an Order continuing the hearing date for their respective Cross Motions for Summary Judgment presently set for Friday, June 17, 2011 to Friday July 8, 2011 at 9:00 a.m. in Courtroom 6, 4th Floor of the U.S. District Courthouse located at 280 S. 1st St., Rm. 2112, San Jose, California. Good cause exists to move the hearing date for the following reasons.

Defendants' counsel Gregory M. Fox is presently scheduled to attend the wedding of his sister which is occurring Friday June 17, 2011 and Saturday June 18, 2011.  He and his entire family are leaving San Francisco by an air flight at approximately ten am Friday June 17, 2011 and are unable to arrange alternative transportation at a later time.  Plaintiffs' counsels have graciously agreed to this personal family matter relating to Mr. Fox and his family as good cause for the continuance.

Counsel have met and conferred on the continued dates and the Court has also indicated that

1  this date is available for the Honorable Ronald M. Whyte.  The briefing schedule to remain as
2  originally set by applicable law with all Reply briefs due by June 3, 2011.
3  　　　So Stipulated:
4  Dated: May 31, 2011                    BERTRAND, FOX & ELLIOT

                 By: _____/s/_____
                 Gregory M. Fox
                 Attorneys for Defendants City of Sunnyvale,
                 Chief Don Johnson, Officer Steven Rocheville,
                 Lieutenant Tracy Hern, Officer Scott Cortese, and
                 Captain Kelly Fitzgerald

Dated:  May 31 , 2011                    KALLIS & ASSOCIATES P.C.

                 By: _____/s/_____
                 Jeffrey Kallis
                 Attorneys for Plaintiffs
                 Russell Cole and Stephanie Oberg

Dated:  May 31, 2011                    BUSTAMANTE O'HARA & GAGLIASSO

                 By: _____/s/_____
                 Andrew V.  Stearns
                 Steven M. Berki
                 Attorneys for Plaintiffs
                 Russell Cole and Stephanie Oberg

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: May _31, 2011                                  /s/
                    Gregory M. Fox

**ORDER**

The hearing date for plaintiffs'/defendants' Motions for Summary Judgment in the above entitled case shall be continued from June 17, 2011 to July 8, 2011 beginning at 9:00 a.m. and the Case Management Conference is continued from June 17, 2011 to July 8, 2011 beginning at 10:30 a.m.

IT IS SO ORDERED.

Dated: 6/7/11

*Ronald M. Whyte*
UNITED STATES DISTRICT COURT JUDGE