1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN JOSE DIVISION

9  COLE, ET AL,
      Plaintiff(s)

Case No: 08-CV-05017RMW

**CLERK'S NOTICE CONTINUING MOTION HEARING**

11 ROCHEVILLE, ET AL,
      Defendant(s).

14  TO ALL PARTIES AND ATTORNEYS OF RECORD:

Due to the unavailability of the Court on Friday, July 8, 2011 the Cross motions for Summary Judgment (docket numbers 111 and 119) previously noticed for that date are hereby continued to Friday, July 15, 2011 at 9:00 a.m.

Dated: July 6, 2011

For the Court,
RICHARD W. WEIKING, Clerk

By:  /s/ Martha Parker Brown
     _____
     Martha Parker Brown
     Courtroom Deputy Clerk