UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLE, ET AL,<br>　　　　Plaintiff(s)<br><br>ROCHEVILLE, ET AL,<br>　　　　Defendant(s) | Case No: 08-CV-05017RMW<br><br>**CLERK'S NOTICE CONTINUING<br>CASE MANAGEMENT CONFERENCE** |

    Due to the unavailability of the Court on Friday, July 8, 2011 the Case Management Conference currently set for that date **is hereby continued to Friday, July 15, 2011, at 10:30 a.m.**

Dated: July 6, 2011

                      For the Court,
                      RICHARD W. WEIKING, Clerk

                          /s/ Martha Parker Brown
                      By: _____
                      Martha Parker Brown
                      Courtroom Deputy Clerk