M. Jeffery Kallis, SBN 190028
**THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644

Andrew V. Stearns, SBN 164849
Steven M. Berki, SBN 245426
Guarav D. Sharma SBN 269123
**BUSTAMANTE, O'HARA & GAGLIASSO, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746

Attorneys for Plaintiffs
RUSSELL COLE and
STEPHANIE OBERG

*E-FILED - 7/13/11*

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL COLE and STEPHANIE OBERG,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF SUNNYVALE, CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE, LIEUTENANT TRACY HERN, OFFICER SCOTT CORTESE, and CAPTAIN KELLY FITZGERALD,<br><br>Defendants. | Case No.: C08-05017 RMW<br><br>**STIPULATION AND [] ORDER CONTINUING HEARING DATE FOR PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY STIPULATED AND AGREED BY ALL PARTIES AND THEIR COUNSEL OF RECORD:**

WHEREAS, the Court continued the parties' Cross-Motions for Summary Judgment [ECF Docket Nos. 111 and 119] by way of Clerks Notice issued July 6, 2011.  [ECF Docket No. 132 and 133].

WHEREAS, the Court continued the Case Management Conference in the above-entitled case by way of Clerks Notice issued July 6, 2011.  [ECF Docket No. 133].

1

STIPULATION AND [] ORDER CONTINUING HEARING DATE
FOR PARTIES' MOTIONS FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE

1    WHEREAS, counsel for plaintiffs M. Jeffery Kallis will be in the state of Alaska on a previously scheduled matter on July 15, 2011, the date selected by the Court.

WHEREAS, attendance by counsel for plaintiffs is mandatory and necessary.

WHEREAS, the parties through their attorneys of record discussed various schedules concerning the parties' Cross-Motions and Case Management Conference.

WHEREAS, the parties agreed that the best conceivable date for the hearing on the parties' Cross-Motions for Summary Judgment is Friday, July 22, 2011.

NOW THEREFORE, the parties hereby agree that the parties Cross-Motions for Summary Judgment should heard on July 22, 2011 at 9:00 a.m. in the above-entitled Court.

NOW THEREFORE, the parties hereby agree that the parties Case Management Conference should be heard on July 22, 2011 at 10:30 a.m. in the above-entitled Court.

So Stipulated:

Dated: July 11, 2011                KALLIS & ASSOCIATES P.C.

                                    By:        /s/
                                        M. Jeffrey Kallis
                                        Attorneys for Plaintiffs
                                        Russell Cole and Stephanie Oberg

Dated: July 11, 2011                BUSTAMANTE O'HARA & GAGLIASSO

                                    By:        /s/
                                        Andrew V. Stearns
                                        Steven M. Berki
                                        Attorneys for Plaintiffs
                                        Russell Cole and Stephanie Oberg

Dated: July 11, 2011                BERTRAND, FOX & ELLIOT

                                    By:        /s/
                                        Gregory M. Fox
                                        Attorneys for Defendants City of Sunnyvale,
                                        Chief Don Johnson, Officer Steven Rocheville,
                                        Lieutenant Tracy Hern, Officer Scott Cortese, and
                                        Captain Kelly Fitzgerald

2

STIPULATION AND [] ORDER CONTINUING HEARING DATE
FOR PARTIES' MOTIONS FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: July 11, 2011
                /s/
           Andrew V. Stearns

**ORDER**

The hearing date for the parties' Cross-Motions for Summary Judgment and the Case Management Conference in the above entitled case shall be continued from July 15, 2011 to July 22, 2011.

IT IS SO ORDERED.

Dated: 7/13/11
         *Ronald M. Whyte*
         UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [] ORDER CONTINUING HEARING DATE
FOR PARTIES' MOTIONS FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE