UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

| | | |
|---|---|---|
| Case No. C-08-05017-RMW | JUDGE: Ronald M. Whyte | DATE: July 22, 2011<br>TIME IN: *40 mins.* |

COLE, et al.          -V-  ROCHEVILLE, et al.
Title

| | |
|---|---|
| M. Kallis, S. Berki | G. Fox |
| Attorneys Present (Plaintiff) | Attorneys Present  (Defendant) |
| COURT CLERK: Jackie Garcia | COURT REPORTER: Gina Colin |

PROCEEDINGS

CROSS-MOTIONS FOR SUMMARY JUDGMENT

**ORDER AFTER HEARING**

Hearing Held.  The Court heard oral argument from the parties and took the motion under submission.  The Court to issue a ruling to the parties.  The matter is deemed submitted.  The Court vacated the CMC that was set for today, until the pleadings have been resolved.