Gregory M. Fox, State Bar No. 070876
Dana L. Soong, State Bar No. 168160
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Attorneys for Defendants CITY OF SUNNYVALE,
CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE,
LIEUTENANT TRACY HERN and OFFICER SCOTT CORTESE

FILED
OCT 13 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL COLE and STEPHANIE OBERG,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF SUNNYVALE, CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE, LIEUTENANT TRACY HERN and OFFICER SCOTT CORTESE,<br><br>Defendants. | Case No.: C08-05017 RMW<br><br>**DEFENDANTS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT** |

Defendants/Appellants CITY OF SUNNYVALE, CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE, LIEUTENANT TRACY HERN and OFFICER SCOTT CORTESE hereby appeal to the United States Court of Appeal for the Ninth Circuit from the District Court's denial of their motion for summary judgment on the issue of qualified immunity for the defendant officers regarding a second search of plaintiffs' residence for firearms which Order was entered/filed in this case on September 14, 2011.

Dated: October 12 , 2011         BERTRAND, FOX & ELLIOT

By: /s/ Gregory M. Fox
Gregory M. Fox
Attorneys for Defendants
CITY OF SUNNYVALE, CHIEF DON JOHNSON,
OFFICER STEVEN ROCHEVILLE, LIEUTENANT
TRACY HERN and OFFICER SCOTT CORTESE

1