**E-FILED on** 2/6/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUSSELL COLE and STEPHANIE OBERG, | No. C-08-05017 RMW |
| Plaintiffs, | |
| v. | ORDER RE APPLICATION FOR STAY |
| CITY OF SUNNYVALE, CHIEF DON JOHNSON, CAPT. KELLY FITZGERALD, OFFICER STEVEN ROCHEVILLE, LIEUTENANT TRACY HERN and OFFICER SCOTT CORTESE | |
| Defendants. | |

Plaintiffs submitted an application for a stay of the proceedings for confidential reasons and apparently have not served defendants. Although the court is sympathetic to plaintiffs' request, it does not feel it can stay the action without notice to defendants. Plaintiffs may file an application for a protective order allowing them to file under seal their reasons for seeking a stay.

DATED:    February 6, 2012

RONALD M. WHYTE
United States District Judge

ORDER RE APPLICATION FOR STAY—No. C-08-05017 RMW
LJP