1  Gregory M. Fox, State Bar No. 070876
   Dana L. Soong, State Bar No. 168160
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone:    (415) 353-0999
   Facsimile:    (415) 353-0990
5
   Attorneys for Defendants CITY OF SUNNYVALE,
6  CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE,
   LIEUTENANT TRACY HERN, OFFICER SCOTT CORTESE,
7  And CAPTAIN KELLY FITZGERALD

8                    UNITED STATE DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | RUSSELL COLE and STEPHANIE OBERG, | Case No.: C08-05017 RMW |
|---|---|
12 | Plaintiffs, | **STIPULATION FOR AND [] ORDER OF VACATURE OF CERTAIN PARTS OF THE COURT'S ORDER RE: CROSS MOTIONS FOR SUMMARY JUDGMENT** [Docket No. 137] |
13 | vs. | |
14 | SUNNYVALE, CHIEF DON JOHNSON, OFFICER STEVEN ROCHEVILLE, LIEUTENANT TRACY HERN, OFFICER SCOTT CORTESE, and CAPTAIN KELLY FITZGERALD, | |
15 | | |
16 | Defendants. | |
17

18     The parties acting by and through their respective attorneys filed Cross Motions for Summary

19  Judgment [Dockets Numbers 111, 119] in the above captioned matter. Following briefing of the

20  Cross Motions and Oral Argument the Court issued its *Order Re: Cross Motions for Summary*

21  *Judgment* [Docket Number 137 dated September 14, 2011]. Following the filing of that Order the

22  defendants filed an Appeal to the United States Court of Appeal for the Ninth Circuit [Court of

23  Appeals Docket No. 11-17459]. On Appeal the matter was ordered to Mediation with Circuit

24  Mediator Lisa Jaye. Thanks to the guidance of Mediator Lisa Jaye the parties have reached a global

25  settlement of the entire matter that will result in a dismissal with prejudice of the entire Action

26  including the Appeal (The Settlement.) As part of the Settlement the parties herein Stipulate for an

27  Order to vacate part of the Court's *Order Re: Cross Motions for Summary Judgment* [Docket

28  Number 137 dated September 14, 2011]. See Exhibit A to this Stipulation: "Letter from Circuit

1  Mediator Lisa Jaye to the Court recommending that the Court Order the Stipulation of the Parties re:
2  Vacature of Part of the Order dated September 14, 2011 - Docket Number 137.
3        As part of the Settlement in the Interest of Justice the parties seek vacature of the Court's
4  liability findings against two of the individual defendants officers based on a second search of the
5  plaintiffs' residence for a firearm and the Court's denial of qualified immunity to the same two
6  individual defendant officers for that second search.
7        IT IS HEREBY STIPULATED by and between the parties, plaintiffs Russell Cole and
8  Stephanie Oberg and Defendant City of Sunnyvale, Don Johnson, Kelly Fitzgerald, Tracy Hern,
9  Steven Rocheville, Scott Cortese and the Sunnyvale Police Department (collectively, the "City"), and
10 all Does 1-50 and all Released Persons through their designated counsel for an Order of Vacature of
11 the following parts of the *Order Re: Cross Motions for Summary Judgment* [Docket Number 137
12 dated September 14, 2011]: Sections II. B.4; F; H and I and Sections III. A. 2, 3, 7, 9 and B.1 which
13 discuss, refer or relate to the two individual officers actions in conducting a second search of
14 plaintiffs' residence for a firearm and their request for qualified immunity for said second search.
15 Each side to bear their own fees and costs.    So Stipulated:

17 Dated: April 10, 2012                BERTRAND, FOX & ELLIOT

19                                      By:  _____/s/_____
                                             Gregory M. Fox
20                                           Attorneys for Defendants City of Sunnyvale,
                                             Chief Don Johnson, Officer Steven Rocheville,
21                                           Lieutenant Tracy Hern, Officer Scott Cortese, and
                                             Captain Kelly Fitzgerald

23 Dated:  April 10, 2012               KALLIS & ASSOCIATES P.C.

25                                      By:  _____/s/_____
                                             Jeffrey Kallis
26                                           Attorneys for Plaintiffs
                                             Russell Cole and Stephanie Oberg

Dated:  April 10, 2012                                    BUSTAMANTE O'HARA & GAGLIASSO

By:  _____/s/_____
    Andrew Stearns
    Steven Berki
    Attorneys for Plaintiffs
    Russell Cole and Stephanie Oberg

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: April 10, 2012                    _____/s/_____
                                        GREGORY M. FOX

## ORDER

Good Cause Appearing based on the Stipulation of the Parties and Circuit Mediator's Letter re Settlement of the Case, it is hereby Ordered that with regards to the Court's *Order Re: Cross Motions for Summary Judgment* [Docket Number 137 dated September 14, 2011]:  that the following Sections of that Order are hereby vacated:  Sections II. B.4; F; H and I and Sections III. A. 2, 3, 7, 9 and B.1.

This order is not an expression by the court as to the correctness of is previous ruling.

Each side to bear their own fees and costs

Dated:     April 30, 2012                    *Ronald M. Whyte*
                                          UNITED STATES DISTRICT JUDGE